PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-cr-00113-AC |
| Plaintiff, | [~~Proposed~~] ORDER TO DISMISS AND RECALL BENCH WARRANT |
| v. | |
| HILARY C. SHEPARD, | |
| Defendant. | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice Case Number 2:15-cr-00113-AC is GRANTED.

It is further ordered that the bench warrant issued on January 26, 2016, is recalled.

IT IS SO ORDERED.

Dated: April 4, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE